UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JAMES R. ELLARS,

Plaintiff

v.

CLARK COUNTY DETENTION RECORDS,

Defendant

Case No. 2:21-cv-00943-APG-NJK

**ORDER**

**I. DISCUSSION**

On May 14, 2021, Plaintiff submitted a document entitled Request for Restoration of Credits. Docket No. 1-1. Plaintiff has not filed a complaint or an application to proceed *in forma pauperis* by a non-inmate or paid the full $402 filing fee in this matter.

Preliminarily, the Court notes that the Request for Restoration of Credits, Docket No. 1-1, is captioned, "In the United States County Court(s), Clark County, Las Vegas." It appears that, because Plaintiff used "United States" in the title of his document, the Clark County Court forwarded the document to be filed in this United States District Court. Docket No. 1-1, page 3. However, given the nature of the document, it seems quite likely that Plaintiff did not intend to file the document with this Court. In the event Plaintiff intended to file his Request for Restoration of Credits with the Clark County Court, Plaintiff should further pursue his action with that court and be certain to identify the correct court on any documents filed with that court. However, if Plaintiff's intention was to file a case in this United States District Court, Plaintiff must file a complaint or petition with this court as well as either pay the full $402 filing fee or file an application to proceed *in forma pauperis* by a non-inmate.

**Complaint or Petition**

Under Federal Rule of Civil Procedure 3, "[a] civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. The Court will send to Plaintiff the approved form

for filing a 42 U.S.C. § 1983 complaint and instructions for the same.  In the alternative, if Plaintiff is attempting to file a *federal* petition for a writ of habeas corpus and believes that it is appropriate to file such a petition with this Court, Plaintiff should file a petition under 28 U.S.C. § 2254 for a writ of habeas corpus.

**Fee or Application to Proceed *in forma pauperis***

Under 28 U.S.C. § 1915 and Local Rule LSR 1-1, a non- inmate seeking to begin a civil action in this Court who cannot afford to pay the filing fee may apply to proceed *in forma pauperis* in order to file the civil action without prepaying the full $402 filing fee.  To apply for *in forma pauperis* status, the non-inmate must submit a completed application to proceed in district court without prepaying fees or costs showing that he qualified to proceed without payment of the fee. If the plaintiff can afford to pay the fee, he must do so.

The Court will grant Plaintiff an opportunity to file a complaint or petition and to file an application to proceed *in forma pauperis* for a non-inmate or pay the full $402 filing fee for this action, on or before **June 21, 2021**.  Absent unusual circumstances, the Court will not grant any extensions of time.  If Plaintiff does not file a complaint or petition and does not either file an application to proceed *in forma pauperis* for a non-inmate or pay the full $402 filing fee on or before **June 21, 2021**, this case will be subject to dismissal without prejudice.

A dismissal without prejudice means Plaintiff does not give up the right to refile the case with the Court, under a new case number, at a later date and does not give up the right to file the case in the appropriate court.

**II. CONCLUSION**

For the foregoing reasons, IT IS ORDERED that, if Plaintiff wishes to proceed in this Court, he must submit a complaint or petition to this Court on or before **June 21, 2021**.

IT IS FURTHER ORDERED that the Clerk of the Court will send to Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same as well as the form for filing a 28 U.S.C. § 2254 habeas petition.  The Clerk of the Court also will send Plaintiff a copy of his Request for Restoration of Credits.  Docket No. 1-1.

1       IT IS FURTHER ORDERED that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* by a non-inmate, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

      IT IS FURTHER ORDERED that, on or before **June 21, 2021**, Plaintiff will either pay the full $402 filing fee for a civil action (which includes the $350 filing fee and the $52 administrative fee) or file an application to proceed *in forma pauperis* by a non-inmate.

      IT IS FURTHER ORDERED that, if Plaintiff does not file a complaint or petition <u>and</u> either a fully complete application to proceed *in forma pauperis* by a non-inmate or pay the full $402 filing fee for a civil action on or before **June 21, 2021**, this case will be subject to dismissal without prejudice.

DATED: May 20, 2021.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

.